IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNNY MAYNARD and
SHARON MAYNARD                                                              PLAINTIFFS

V                    CASE NO. 4:10-CV-1232BSM

CITY OF LITTLE ROCK, ARKANSAS,
LITTLE ROCK ANIMAL SERVICES and
LITTLE ROCK ANIMAL SERVICES MANAGER
TRACY ROARK, and LITTLE ROCK ANIMAL
SERVICES OFFICER DAVID JOHNSON; HUMANE
SOCIETY OF PULASKI COUNTY, ARKANSAS
and KAY JORDAN; UNITED STATES HUMANE
SOCIETY and ARKANSAS STATE DIRECTOR FOR
THE HUMANE SOCIETY OF THE UNITED STATES
DESIREE BENDER; and U-HAUL COMPANY
OF ARKANSAS                                                                 DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court that plaintiffs and defendant U-Haul Company of Arkansas have settled and compromised their differences, as evidenced by the approval of this order by their respective counsel, the complaint of plaintiffs Johnny Maynard and Sharon Maynard against U-Haul Company of Arkansas is hereby dismissed with prejudice. The plaintiffs' complaint against the remaining defendants is unaffected by this Order.

IT IS SO ORDERED.

_____
The Honorable Brian Miller
United States District Judge

December 9, 2010
Date

901400-v1

Approved as Form and Content:

By: /s/ Gregory L. Vardaman (2005168)
    Attorney at Law
    901 Main Street, Suite F
    Arkadelphia, AR 71923

AND

By: _____
    Kyle R. Wilson (89118)
    Wright, Lindsey & Jennings LLP
    200 W. Capitol, Suite 2300
    Little Rock, Arkansas 72201