IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JOHNNY MAYNARD AND | ) | |
| SHARON MAYNARD | ) | |
| | ) | No.  4:10-CV-1232BSM |
| Plaintiffs, | ) | |
| V. | ) | |
| | ) | |
| CITY OF LITTLE ROCK, ARKANSAS, | ) | |
| *ET. AL.*, | ) | |
| | ) | |
| Defendants. | ) | |

_____

ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court that plaintiffs and defendants The Humane Society of the United States and Desiree Bender have settled and compromised their differences, as evidenced by the approval of this Order by their respective counsel, the complaint of the plaintiffs, Johnny Maynard and Sharon Maynard, against the Humane Society of the United States and Desiree Bender is hereby dismissed with prejudice.  The plaintiffs' complaint against the remaining defendants is unaffected by this Order.

IT IS SO ORDERED

_____
The Honorable Brian Miller
United States District Judge

March 22, 2011
Date: _____

APPROVED AS TO FORM AND CONTENT:


By: s/ Gregory L. Vardaman
     Gregory L. Vardaman
     Attorney at Law
     901 Main Street, Suite F
     Arkadelphia, AR 71923
     *Attorney for Plaintiffs*

AND


By: s/ David L. Bearman
     David L. Bearman
     Baker, Donaldson, Bearman, Caldwell & Berkowitz, PLC
     165 Madison Ave, Ste. 2000
     Memphis, TN 38103
     *Attorney for Defendants The Humane Society of the United States*
       *and Desiree Bender*