IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**JOHNNY MAYNARD AND SHARON MAYNARD**                                      **PLAINTIFFS**

v.                              **CASE NO. 4:10CV01232 BSM**

**CITY OF LITTLE ROCK, ARKANSAS et al.**                                      **DEFENDANTS**

## ORDER

Plaintiffs' unopposed motion to voluntarily dismiss their claims [Doc. Nos. 23, 24] is GRANTED, and this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 17th day of August 2011.

_____
UNITED STATES DISTRICT JUDGE